# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

HOPE A. THOMAS,        )
                         )
      Plaintiff,        )
                         )
v.                    )     Case No.  CIV-20-444-G
                         )
CSAA INSURANCE SERVICES, INC., )
                         )
      Defendant.     )

## OPPOSED MOTION TO ENLARGE THE SCHEDULING ORDER DEADLINES

Plaintiff Hope Thomas ("Plaintiff"), hereby respectfully submit this Motion to Enlarge the Scheduling Order Deadlines, requesting a sixty (60) day extension of all remaining Scheduling Order deadlines. In support of this Motion, the Plaintiff states as follows:

1.      On October 7, 2020, the Court entered its original Scheduling Order, [Doc.18] setting the following deadlines:

| Description | Current Deadline |
| --- | --- |
| Join/Amend | 10/21/2020 |
| Plaintiff's Final Expert List and Reports | 04/20/2021 |
| Plaintiff's Final Witness and Exhibit List | 05/05/2021 |
| Defendant's Final Expert List and Reports | 05/11/2021 |
| Defendant's Final Witness and Exhibit List | 05/19/2021 |
| Dispositive and Daubert Motion deadline | 06/01/2021 |
| Discovery to be completed | 07/01/2021 |
| Designations of deposition testimony to be used at trial | 08/16/2021 |
| MIL, VD, TB, JI and FPTR | 08/16/2021 |
| Objections and counter-designations | 08/23/2021 |
| Objections to counter-designations | 08/30/2021 |
| Jury Trial | 09/14/2021 |

2.  The Parties have continued to diligently and in good faith to work through the discovery phase; they are currently engaged in written discovery;

3.  The Plaintiff's mother is terminally ill and the Plaintiff is having to deal the emotional distress of this situation along with the other responsibilities which will arise in assisting the management of the estate. Plaintiff has advised that she is not physically or emotionally capable of performing the tasks (depositions and gathering materials for discovery) that are presently required.

4.  To allow for Plaintiff to deal with the current situation, she has requested that the present deadlines be enlarged by sixty (60) days and the Defendant has objected to this request.

5.  No other enlargements have been requested and no further enlargements are contemplated.

6.  This Motion will affect all remaining deadlines; and,

7.  The Plaintiff respectfully request that the remaining Scheduling Order Deadlines in this case be extended by an additional sixty (60) days as set forth below:

| Description | Proposed Deadline |
| --- | --- |
| Join/Amend | 12/21/2020 |
| Plaintiff's Final Expert List and Reports | 06/21/2021 |
| Plaintiff's Final Witness and Exhibit List | 07/05/2021 |
| Defendant's Final Expert List and Reports | 07/12/2021 |
| Defendant's Final Witness and Exhibit List | 07/19/2021 |
| Dispositive and Daubert Motion deadline | 08/02/2021 |
| Discovery to be completed | 08/30/2021 |
| Designations of deposition testimony to be used at trial | 10/15/2021 |
| MIL, VD, TB, JI and FPTR | 10/15/2021 |
| Objections and counter-designations | 10/22/2021 |

| Objections to counter-designations | 10/29/2021 |
| Jury Trial | TBD by the Court |

*All dates falling on a Saturday or Sunday have been moved to the following Monday.

**WHEREFORE,** the Plaintiff respectfully request the Court to extend the deadlines an the trial setting in this matter by sixty (60) days. A proposed order will be submitted via email for the Court's consideration.

**RESPECTFULLY SUBMITTED THIS <u>20th</u> DAY OF OCTOBER 2020.**

<div style="margin-left: 40%;">

s/Mark Hammons
HAMMONS, HURST & ASSOC.
Mark Hammons, OBA No. 3784
Brandon Roberts, OBA No. 34012
325 DEAN A. McGEE
OKLAHOMA CITY, OK 73102
TELEPHONE: (405) 235-6100
FAX: (405) 235-6111
amberashby@hammonslaw.com


And

Connie L. Calvert, OBA No. 32739
Law Offices of Connie L. Calvert
207 NW 18th Street
Okc, Ok 73103
Law@conniecalvert.com
T: (405) 343-8048

*Counsel for Plaintiff*

</div>

3

## CERTIFICATE OF SERVICE

A true copy of the foregoing instrument was filed and served via this Court's ECF system of filing and service on this 20th day of October, 2020 upon Defendant's counsel below listed:

Mary P. Snyder, OBA #31427
CROWE & DUNLEVY, PC
Braniff Bldg
324 N. Robinson, Suite 100
Oklahoma City, OK 73102-8273
Ph: (405) 235-7700
Fax: (405) 239-6651
Email: mary.snyder@crowedunlevy.com

Mark Hammons