**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| HOPE A. THOMAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CSAA INSURANCE SERVICES, INC., ) <br> ) <br> ) <br> Defendant. ) | Case No. CIV-20-444-G |

**APPLICATION TO ENLARGE PLAINTIFF'S DISCOVERY
RESPONSES DEADLINE BY 10 DAYS**

The Plaintiff respectfully request this Court enlarge the Plaintiff's discovery responses to the Defendant by ten (10) days, or until December 7, 2020[1]. In support of this application the Plaintiff show as follows:

1. This is the first application to enlarge the discovery response deadline.

2. The current deadline for the Plaintiff to submit her discovery responses to the Defendant is November 25, 2020.

3. As previously reported to this Court, Plaintiff's mother is terminally ill and is near death.

4. For the past several days Plaintiff has been with her mother and has been out-of-contact with her counsel. As a result, counsel has not been able to complete responses to Defendant's interrogatories and requests for production.

5. Plaintiffs' counsel has attempted to confer with Defendant's counsel who is out of the office through next Monday and, therefore, has not responded to

---

[1] Dates falling on a weekend have been adjusted to the following Monday.

Plaintiff's request for this enlargement.

**WHEREFORE**, Plaintiff respectfully request the Court enlarge the Plaintiff's deadline to respond to Defendant's discovery by ten (10) days, or until December 7, 2020.

**RESPECTFULLY SUBMITTED THIS 25th DAY OF NOVEMBER 2020.**

s/ Mark Hammons
Mark Hammons, OBA No. 3784
HAMMONS, HURST, & ASSOCIATES
325 Dean A. McGee Ave.
Oklahoma City, Oklahoma 73102
Phone: (405) 235-6100
Facsimile: (405) 235-6111
Amberashby@hammonslaw.com
*Counsel for Plaintiff*

And

Connie L. Calvert, OBA No. 32739
Law Offices of Connie L. Calvert
207 NW 18th Street
Oklahoma City, OK 73103
Law@conniecalvert.com
T: (405) 343-8048
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

A true copy of the foregoing was filed and served by use of this Court's ECF system of filing and service on this 25th day of November 2020 to opposing counsel:

Mary P. Snyder, OBA #31427
CROWE & DUNLEVY, PC
Braniff Bldg
324 N. Robinson, Suite 100
Oklahoma City, OK 73102-8273
Ph: (405) 235-7700
Fax: (405) 239-6651
Email: mary.snyder@crowedunlevy.com

s/Mark Hammons