# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **HOPE A. THOMAS,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**CSAA INSURANCE SERVICES,** )<br>**INC.,** )<br>)<br>**Defendant.** ) | Case No. CIV-20-444-G |

## MOTION TO AMEND SCHEDULING ORDER
## AND EXTEND REMAINING DEADLINES

Pursuant to Federal Rule of Civil Procedure ("FRCP") 6(b)(1) and Local Civil Rule 7.1(h), Defendant, CSAA Insurance Services, Inc. (hereinafter "CSAA"), respectfully requests that the Court extend the remaining deadlines in the current Scheduling Order by ninety (90) days. In support of its motion, CSAA states as follows:

1. The plaintiff filed this case on May 13, 2020. [Doc. 1.] CSAA filed its answer on August 13, 2020. [Doc. 7.]

2. The Court entered a Scheduling Order in this Matter on October 9, 2020. [Doc. 18]. This is CSAA's first request for extension of deadlines from this Scheduling Order, and it requests an extension due to outstanding discovery issues.

3. The parties began the discovery process in October 2020. CSAA has continued to pursue discovery in this matter, but its efforts have been significantly delayed due to Plaintiff's failure to meet and confer and address the discovery issues. As

a result, CSAA is preparing to file both a Motion to Compel Discovery from Plaintiff and a Motion for a Protective Order.

4. The Motion to Compel and Motion for a Protective Order could impact the discovery process and current deadlines under the scheduling order.

5. In light of the foregoing, CSAA believes an extension of all current deadlines for ninety (90) days is necessary to continue pursuing discovery and allow the court time to resolve the pending motions. Several deadlines are fast approaching. CSAA seeks this extension in order to receive the relevant discovery prior to taking deposition testimony so that it can determine its final witness and exhibit lists; determine which experts it may need to retain; and determine the need to file any additional motions. Plaintiff does not oppose the 90-day extension. (See Exhibit 1).

6. FRCP 6(b)(1) allows the extension of time "for good cause." The Tenth Circuit has noted that "district courts should normally grant extension requests, made before the deadline, in the absence of bad faith by the requesting party or prejudice to another party." *Rachel v. Troutt*, 820 F.3d 390, 394 (10th Cir. 2016) (citing 4B Charles Alan Wright, Arthur R. Miller & Adam N. Steinman, Federal Practice and Procedure § 1165, at 605–08 (2015)); *accord Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (10th Cir. 2010). In this case, CSAA approaches the Court in good faith and without opposition from Plaintiff.

7. This Motion is sought in good faith, and the requested extension will reset the deadlines in the Scheduling Order [Doc 18] as follows:

| Description | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's final list of expert witness(es) and expert reports | 04/20/2021 | 07/19/2021 |
| CSAA's final list of expert witness(es) and reports | 05/11/2021 | 08/09/2021 |
| Plaintiff's final witness list | 05/05/2021 | 08/03/2021 |
| CSAA's final witness list | 05/19/2021 | 08/17/2021 |
| Plaintiff's final exhibit list | 05/05/2021 | 08/03/2021 |
| CSAA's final exhibit list | 05/19/2021 | 08/17/2021 |
| Dispositive motions and *Daubert* motions | 06/01/2021 | 08/30/2021 |
| Discovery deadline | 07/01/2021 | 09/29/2021 |
| Trial Docket | 09/14/2021 | 12/13/2021 |
| Designation of deposition testimony | 08/16/2021 | 11/14/2021 |
| Objections and counter-designations | 08/23/2021 | 11/21/2021 |
| Objections to counter-designations | 08/30/2021 | 11/28/2021 |
| Motions in limine | 08/16/2021 | 11/14/2021 |
| Requested voir dire, trial briefs and jury instructions | 08/16/2021 | 11/14/2021 |
| Objections or responses to trial submissions | 08/23/2021 | 11/21/2021 |
| Final pretrial report and proposed order | 08/16/2021 | 11/14/2021 |

WHEREFORE, CSAA respectfully requests the Court to grant its unopposed Motion to Extend Pre-Trial Deadlines and the Trial Docket by ninety (90) Days as set forth herein.

**RESPECTFULLY SUBMITTED THIS 1st DAY OF APRIL, 2021.**

        Respectfully submitted,

        *s/ Mary P. Snyder*
        MARY P. SNYDER, OBA #31427
        CROWE & DUNLEVY
        A Professional Corporation
        Braniff Building
        324 N. Robinson Ave., Suite 100
        Oklahoma City, Oklahoma 73102-8273
        (405) 235-7700
        (405) 239-6651 (Facsimile)
        mary.snyder@crowedunlevy.com

        **ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing was mailed, postage prepaid, this 1st day of April, 2021 to:

Mark Hammons  
Amber Hurst  
Brandon Roberts  
Hammons Hurst & Associates  
325 Dean A. McGee  
Oklahoma City, Oklahoma 73102

Connie L. Calvert  
Law Office of Connie L. Calvert  
207 NW 18th Street  
Oklahoma City, Oklahoma 73103

*s/ Mary P. Snyder*

MARY P. SNYDER

5

3666093.1